UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
*Owensboro* DIVISION

**FILED**

VANESSA L. ARMSTRONG, CLERK

FEB 26 2013

**U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY**

*Sarah League*

name of plaintiff(s)

Civil Case No. 4:13CV - 16 M

V.
*Kentucky State Police
Henderson Police Dept
Clay Hutchison
Mike Cline
Jon Fritz
Pat Alrich*
name of defendant(s) *additional defendants*

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

   1983 USC 42 C          *malfeasance*
   I have proof in documents, pictures, and taped conversations that "the story" I was told August 26, 1995 concerning my daughter Heather's "abduction" is not true.
   *Jim Waethel, David Osborne (KSP)*

2. Plaintiff, *Sarah League*                    resides at

   *623 South Main*                    , *Madisonville*
   street address                                            city

   *Hopkins*        , *Ky*        , *42431* , *270-836-7643*
   county              state            zip code      area code, phone number

   (if more than one plaintiff, provide the same information for each plaintiff
   below):

Robie Atherton

Jeff Eastham

David Osborne

Susan DeWitt

Brian Babbs

Samantha Heelgan

James Hendricks

Jim Natthall   Walthall

~~Susan DeWitt~~

~~Brian Babbs~~

Jerry Darner

Defendants

3. Defendant, _Mike Cline_ lives at, or its

business is located at _____,
　　　　　　　　　　　　street address

_Slaughters_, _____, _Ky_,
city　　　　　　　　　county　　　　　　　　state

_____.
zip code

(if more than one defendant, provide the same information for each defendant listed above):

_____

_____

_____

_____

_____

4. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

　　Trooper Cline was the KSP on the beach as my daughter was being 'abducted'. According to Tom Walthall, he 'radioed' Cline back to the abduction site. Cline was there to investigate a truck stuck in the mud.

3. Defendant, _Samantha Deegan_ lives at, or its

business is located at _320 Cedar Mill Dr._ ,
_____
street address

_Lexington_ , _Fayette_ , _Ky_ ,
city        county        state

_40511 - 8631_
zip code

**(if more than one defendant, provide the same information for each defendant listed above):**

_____

_____

_____

_____

_____

4. **Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):**

Samantha Deegan was my victim's advocate from 2005-2008. She & Jerry Barner JBI, Owensboro Ky, came to my home July 22, 2005 to take my DNA because evidence that JBI had taken from Bronco Sept 2, 1995, had been found still at Post 16 Henderson. They advised me to get an attorney, that there would be two lawsuits. A month ago, Sam & I spoke. She told me that 'Heather had been hired by the Democratic Party'. (naming Paul Herron) Sam also asked that include her boss, James Hendricks in this lawsuit.

3. Defendant, _Brian Bahlus_ lives at, or its business is located at _145 State Route 923_,

　　　　　　　　　street address

_Sturgis_, _Union_, _Ky_,

city　　　　　　county　　　　　　state

_42459_

zip code

(if more than one defendant, provide the same information for each defendant listed above):

4. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

Brian Bahlus, former KSP, Henderson Ky Post #16 Henderson has information about what happened at the Dail residence 8663 John State Rd, Robards Ky the night of Dail's death

3. Defendant, *David Osborne* _____ lives at, or its
business is located at *3337 E. 4th Street* _____ ,
                              street address

*Owensboro* _____ , *Daviess* _____ , *Kentucky* ,
   city                      county                   state

*42303* .
zip code

(if more than one defendant, provide the same information for each defendant
listed above):

_____

_____

_____

_____

_____

4. Statement of claim (State as briefly as possible the facts of your case. Describe
   how each defendant is involved. Include also the names of other persons involved,
   dates, and places. Be as specific as possible. You may use additional paper
   if necessary):

The former Lt. Osborne, was the first Lt. in charge
of my daughter Heather Danyelle Teague's alleged
abduction. He and the eyewitness, Jim Watthall, and
other officers that I will name, did not do their job in
such a manner that I doubt the happening of August 26,
1995. Lt. Osborne was in responsible for the sketch of the
suspect, 911 call, DNA, investigation report, search
warrant, all of which are in question as to their
credibility.    (explanation/reasons on separate sheet)

     Details of this investigation & their shameful
& disgraceful acts are listed on separate page
under "my complaint."

He denied a search of the Dill property (the suspect)
Told me to "go on with my life (at month); that Dill
had killed Heather, killed himself & had taken
his secrets to his grave. Details of other wrongdoings
by him. The witness, Watthall,
are in my complaint.

3. Defendant, _Jeff Eastham_ lives at, or its business is located at _168 Walnut St_
   street address

   _Sturgis_ , _Union_ , _Ky_ ,
   city          county          state

   _42459_
   zip code

   (if more than one defendant, provide the same information for each defendant listed above):

   _____

   _____

   _____

   _____

   _____

4. Statement of claim (State as briefly as possible the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Be as specific as possible.  You may use additional paper if necessary):

   Sgt Jeff Eastham was with Kentucky State Police Post # 16 Henderson Ky. on August 26, 1995 when my daughter Heather Danyelle Teague was abducted from Newburgh Beach in Spottsville Ky. He signed a document that was not true. (to cooberate his (Lt) David Osborne's statement)  I will present this document with proof when the court permits.

   _____

   _____

   _____

   _____

3. Defendant, _Robie Atherton_ lives at, or its

business is located at _301 S Main St_ ,

                  street address

_Hartford_ , _Ohio_ , _Ky_ ,

city                      county                   state

_42347_

zip code

(if more than one defendant, provide the same information for each defendant
listed above):

4. Statement of claim (State as briefly as possible the facts of your case. Describe
how each defendant is involved. Include also the names of other persons involved,
dates, and places. Be as specific as possible. You may use additional paper
if necessary):

     Robie Atherton was in charge of signing the
Search Warrant for the Diel property the night
of Diel's death, the independant testing of DNA
by KSP, and other wrongdoing in the
investigation unto Heather Danyelle Teagues
abduction Aug 26, 1995.

3. Defendant, _Pat Osbree_ lives at, or its

business is located at _Evidence Department / Owensboro Police Dept_
   street address

_Owensboro_ , _Daviess_ , _Ky_ ,
city            county            state

_42303_
zip code

(if more than one defendant, provide the same information for each defendant listed above):

_____

_____

_____

_____

4. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

Osbree worked with Osborne at the time of Heather Danyelle Teague's abduction. There was an instance where Osborne made up a story about a hog farm having been analyzed. I have letters, proof of a total story having been told. Osbree knows about the 911 call made by the witness. Other wrong doings he was involved in while at KSP.

3. Defendant, _Jerry Darnu (as witness only)_ ives at, or its
business is located at _JBl 920 Frederica St_ ,
street address

_Owensboro_ , _Daviss_ , _Ky_ ,
city                county              state

_42301._
zip code

(if more than one defendant, provide the same information for each defendant
listed above):

_____

_____

_____

_____

_____

4. Statement of claim (State as briefly as possible the facts of your case. Describe
how each defendant is involved. Include also the names of other persons involved,
dates, and places. Be as specific as possible. You may use additional paper
if necessary):

Jerry Darnu can verify Hendricks statement,
which in itself needs answers as to why
Hendricks made up a story i felt it was
important enough to come to my home to
"clear up a rumor.

(Importance seen in my
complaint)

3. Defendant, _Jon Fritz_ _____ lives at, or its

business is located at ___222 S Broad St_____,
                          street address

___Providence____, ___Webster_____, ___Ky___,
   city                 county           state

_____.
zip code

(if more than one defendant, provide the same information for each defendant
listed above):

_____

_____

_____

_____

_____

4. Statement of claim (State as briefly as possible the facts of your case.  Describe
how each defendant is involved.  Include also the names of other persons involved,
dates, and places.  Be as specific as possible.  You may use additional paper
if necessary):

Jon Fritz came to my home June 30, 09 to
tell me Heather had been sold, she was
alive. 'Give her to God,' he said. With tears
Jon told me she had been sold. Paul Lloyd
Jon told me that he would have Heather
home in 90 days, that Paul Lloyd would
take a polygraph.

Paul Lloyd owned/operated a strip
club in Mortons Gap, Ky. was
busted for drugs. (Importance in my
                              complaint)

_____

_____

3. Defendant, _James Hendricks_ lives at, or its
business is located at _FBI Headquarters 996 Wilkinson Trace_
street address)

_Bowling Green_ , _____ , _Ky_ ,
city              county              state

_42103-3410_
zip code

(if more than one defendant, provide the same information for each defendant
listed above):

_____

_____

_____

_____

_____

4. Statement of claim (State as briefly as possible the facts of your case.  Describe
how each defendant is involved.  Include also the names of other persons involved,
dates, and places.  Be as specific as possible.  You may use additional paper
if necessary):

James Hendricks met Heather Teague on August
25, 1995 on Hayes Boat Ramp in the wee hours
of the morning, according to his boss, John
Nevels. Hendricks asked Heather to leave the
area.
   On Feb 2008, Jerry Barnes, FBI, and Hendricks,
came to my home to 'clear up a rumor'. Hendricks
said he saw Heather 3 wks prior.
   John Nevels, told me two times that the
meeting took place the night before Heather
was 'abducted'.  (more info on FBI in
                    my complaint)
   Why tell a lie about this?  (Conversation taped)

3. Defendant, Henderson Police Dept (Joh lives two blocks
business is located at 101 N Water St ,
street address

Henderson , Henderson , Ky ,
city                              county                    state

zip code

(if more than one defendant, provide the same information for each defendant listed above):

_____

_____

_____

_____

4. Statement of claim (State as briefly as possible the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Be as specific as possible.  You may use additional paper if necessary):

John Nevels told me two times that
Hendricks had met ? Heather the
night before (Aug 25, 1995) on Hayes
Boat Ramp, Henderson, Ky.

Jonathan Hollowell, says he (this on tape)
was on the beach, saw Heather being
taken by a man with scraggly hair,
that she got into a 'small car'. He
went D Henderson Police dept. Nothing
was done.

_____

_____

3. Defendant, _Susan De Witt_ lives at, or its
business is located at _Commonwealth Attorney Daviess County_
   street address

_117 E. 3Rd St_
_Owensboro_ , _Daviess_ , _Ky_ ,
city                   county                    state

_42303_
zip code

(if more than one defendant, provide the same information for each defendant
listed above):

_____

_____

_____

_____

_____

4. Statement of claim (State as briefly as possible the facts of your case.  Describe
how each defendant is involved.  Include also the names of other persons involved,
dates, and places.  Be as specific as possible.  You may use additional paper
if necessary):

Susan DeWatt signed the investigative report the night of Marty Dill's death. Even though Ernie Drum, the uncle of Dill, was with him for hours, no GPR test was done on Dill or Drum. DeWitt & I talked in 1999, she told me that Jim Watthall, the eyewitness, was at the Dill property the morning Dill died. Years later, 2002 or 2003, I called Ms DeWatt. She first said I had the wrong number. I located her at the Commonwealth Attorneys Office & she hung up on me. She has information about Dill's death & other wrongdoing in this investigation. (her suspicious behavior).

3. Defendant, _Tim Natthall_ _____ lives at, or its

business is located at _4 Star Fabricators_   _810 S. Industrial Dr._
         street address

_Petersburg_ _____, _Warrick_ _____, _Indiana_ ____,
city                              county                        state

_47567_.
zip code

(if more than one defendant, provide the same information for each defendant
listed above):

_____

_____

_____

_____

_____

4. Statement of claim (State as briefly as possible the facts of your case.  Describe
   how each defendant is involved.  Include also the names of other persons involved,
   dates, and places.  Be as specific as possible.  You may use additional paper
   if necessary):

Tim Natthall was the eyewitness watching from
across the river in Indiana on August 26, 1995. He
waited before he called for help, didn't tell the
truth about the call, and he described the
man taking Heather as having a big brushy beard
+ brushy hair. He states he went to the morgue to
positively ID Dill + that the back of his head was
blown away. Autopsy report states: no exit wound.
When I learned Dill had been clean shaven. Tall,
he said that Dill had worn a wig + a mosquito netting.
He + the Lt. (David Osborne) found Heather's bathing
suit bottoms in the woods. He also states he
'radioed' Trooper Clinic, KSP, who was already
on the beach back to the abduction site. Eddie
Jones was his attorney at a meeting he called to
persuade me before the 1 yr anniversary to file
a civil suit against Tracy Dill.

3. Defendant, _Clay Hutchison_____ lives at, or its
business is located at _1208 Daviess St._____,
                               street address

_Owensboro_____, _Daviess_____, _Ky_____,
city                    county               state

_42303_.
zip code

(if more than one defendant, provide the same information for each defendant
listed above):

_____

_____

_____

_____

_____

4. Statement of claim (State as briefly as possible the facts of your case.  Describe
how each defendant is involved.  Include also the names of other persons involved,
dates, and places.  Be as specific as possible.  You may use additional paper
if necessary):

          Artist that did the composite sketch,

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

3. Defendant, *Kentucky State Police* lives at, or its

business is located at _____,
                                        street address

*Henderson* , *Henderson* , *Ky* ,
city                    county                  state

*42420* .
zip code

(if more than one defendant, provide the same information for each defendant
 listed above):

_____

_____

_____

_____

_____

4. Statement of claim (State as briefly as possible the facts of your case.  Describe
how each defendant is involved.  Include also the names of other persons involved,
dates, and places.  Be as specific as possible.  You may use additional paper
if necessary):

_____ *included in my claim complaint* _____
_____ *Complaint* . _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

On August 26, 1995, I received a phone call from KSP (Kentucky State Police) asking me if I knew where Heather was, that her car was being towed. According to this Officer, Heather had left her car parked illegally on farm property on Newburgh Beach in Henderson County, Spottsville, Ky.

He arrived on the beach to find Heather's car on a tow truck, her empty blue lounge chair at the water's edge.

We met Lt. David Osborne. He pulled out Heather's bathing suit top & asked if it belonged to Heather. He then told us that Heather had been dragged into the woods by her hair, at gunpoint as an eyewitness watched through a telescope from across the river in Indiana. The 'suspect' was 6'0", 210-230 lbs., with dark bushy hair & a bushy beard. He had worn no shirt, cut-off jeans & black tennis shoes.

Bootprints were found beside Heather's chair, KSP did a mold. FBI processed the Bronco. Evidence was given D KSP where it set for ten years. (Remember, according to eyewitness, suspect wore black tennis shoes) Who wore the boots?

KSP did their own independent testing 8 months after Heather was taken. Results were 'inconclusive'. (Remember FBI processed vehicle) FBI did not find the two spots of blood on passenger window of Bronco. Bronco given back to family (Deel), where the door was removed. (A TV newscast shows it leaning against trailer)

After 10 yrs, the detective, Tim Pascoe, asked Marty's mom what size shoes he had worn.

There is something wrong with this investigation into Heather's 'alleged' abduction. I say 'alleged' because the first Lt., Sgt., the eyewitness have created stories. After Deel's death, I was encouraged to stop

looking for Heather. At two months, Lt. Osborne took away (or tried to) all hope. If, since, to this day, 'they' blame Marty Due for this, why won't they search his property?

I have searched in places a mother shouldn't have to search for her child while the officials change their stories.

These are the questionable acts that need to be given attention to:
- 911 call
- sketch
- 2 DNA reports
- Investigative report
- autopsy report
- FOIA / DEA (FBI's files)
- suicide note

The information in this FOIA states
- Heather was last seen alive on Hayes Boat Ramp, Henderson, Ky on Aug 26, 1995 at 3:00 p.m.
- Also states that, 'Heather's disappearance

can be linked to drugs, prostitution, public corruption / (strip clubs)

Where does this leave Heather? I had to declare Heather legally deceased in 2007 to get FBI's files. (didn't get them until 2011)

Heather literally disappeared before their eyes. Almost eighteen years later, this investigation has been spent covering up the happenings on Newbry Beach in August 26, 1995

When Captain Robert Shoulty, still (as of two months ago) is trying to prove Dru had hair — something is wrong.

The KSP, Henderson Police Dept, James Hendricks, FBI, have answers. It is time for justice, for truth. It is time for Heather to come home. The documents, pictures, taped conversations I have will shock the court. Please

allow me to question these people.
Please let Heather Danyelle Teague
be as important as your child.

Sarah Teague

When a mother has to go to each new
Captain, detective, etc with a laminated
sketch of the suspect which shows
plainly that the sketch is identical to
Dill's driver's license ... something is
wrong! When a mother brings proof
that Dill was bail and no other suspects
are named ... something is wrong!
When the eyewitness' credibility is null
void because of his 'stories', KSP do
nothing ... something is wrong!
    When the KSP are more concerned with
their reputation instead of trying to find
my daughter ... it is a shame and a
disgrace to all we hold precious in
this life.
    They have purposely conspired to keep
the truth their secret. They go on
with their lives while I plead —
'Where is Heather?' 'What really happened
Aug 26, 1995 ?

5. Prayers for Relief (list what you want the Court to do):

a. _Justice! truth! I want KSP to be_
_held responsible for this made up story they_

b. _Matthew 10:26_
_have told me. I want my brother home._

c. _I want the Dive property searched._

d. _____

   _____

6. Request for a Jury Trial  ✓

   _____yes_____          _____no_____

I (We) hereby certify under penalty that the above petition is true to the best
of my (our) information, knowledge, and belief.

Signed this 26ᵗʰ          day of Sept          , 19 2013

_David Negro_

(signature of plaintiff (s) )