UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
_Owensboro_ DIVISION                    _Amendment_

_Sarah Teague_

**FILED**

~~VANESSA~~ NESSA L. ARMSTRONG, CLERK

MAR 06 2013

---
name of plaintiff(s)

U.S. DISTRICT COURT   Civil Case No. _4:13CV-16-M_
WEST'N. DIST. KENTUCKY

v.

_Robin Lewis_
_Marc Carter_
_Robert Shoultz (Captain)_
name of defendant(s)
_Greg Baird_ - _attached_

COMPLAINT

1.  State the grounds for filing this case in Federal Court (include federal statutes
    and/or U.S. Constitutional provisions, if you know them):

    _42 USC 1983_          _malfeasance_

    _____

    _____

    _____

2.  Plaintiff, _Sarah Teague_ resides at
    _623 South Main Street_ , _Madisonville_
    street address                              city
    _Hopkins_ , _Ky_ , _42431_ , _270-836-7643_ .
    county      state      zip code   area code, phone number

    (if more than one plaintiff, provide the same information for each plaintiff
    below):

    _____

    _____

    _____

Tim Rascoe
Dr. Mark Le Vaughn
Scott Thomas (witness)
  Former Det
  Medina, Ohio
Larry Owens

3. Defendant, *Jim Rascoe* _____ lives at, or its

business is located at _____,
_____ street address

_____, _____, _____,
city                        county                  state

_____.
zip code

(if more than one defendant, provide the same information for each defendant
 listed above):

_____

_____

_____

_____

_____

4. Statement of claim (State as briefly as possible the facts of your case.  Describe
   how each defendant is involved.  Include also the names of other persons involved,
   dates, and places.  Be as specific as possible.  You may use additional paper
   if necessary):

Det. Jim Rascoe's last concern before he retired
in 2005 was Jim Walthall (the eyewitness) credibility
Rascoe went to Marty Due's mother to ask
what size shoe Marty had worn (after 10 yrs.)
(Boot print mold taken by KSP Aug 95) near
Hatter's chair. (Still not been compared
to anyone.) _____

_____

_____

_____

_____

_____

_____

5. Prayers for Relief (list what you want the Court to do):

a._____Matthew 10:26_____
_____Truth_____.

b._____
_____.

c._____
_____.

d._____
_____.

6. Request for a Jury Trial     _____✓_____          _____
                                      yes                     no

I (We) hereby certify under penalty that the above petition is true to the best
of my (our) information, knowledge, and belief.

Signed this _____day of_____._____, 19____.

_____

_____
      (signature of plaintiff (s) )

3. Defendant, _Robin Lewis_____ lives at, or its

business is located at _____,
               street address

_____, _____, _____,
city                county              state

_____.   (last known address – letter returned)
zip code    (Carl Helton is Lewis' uncle)

(if more than one defendant, provide the same information for each defendant
 listed above):

_____

_____

_____

_____

_____

4. Statement of claim (State as briefly as possible the facts of your case.  Describe
how each defendant is involved.  Include also the names of other persons involved,
dates, and places.  Be as specific as possible.  You may use additional paper
if necessary):

    Robin Lewis was Heather's boyfriend in August 1995.
He was supposed to have met her at noon August
26, 1995.  The red Chevette Heather was seen in
8-26-95  2:30-3:00 p.m., belonged to Robin's friend,
John Morney.  Robin made the statement : "I told
her to not undo her bathing suit (top)"  A witness
came to me a few years ago saying he heard
an argument between Heather, a man c straggly
hair.  He heard this, "I told you to not undo your
bathing suit (top)

    A foot print was found near Heather's chair.
It is in KSP Post # 16 Henderson Ky evidence room.

_____

5.  Prayers for Relief (list what you want the Court to do):

a. _____ Matthew 10:26 _____

_____.

b. _____ Truth _____

_____.

c. _____

_____.

d. _____

_____.

6.  Request for a Jury Trial    ____✓____          _____
                                    yes                  no

I (We) hereby certify under penalty that the above petition is true to the best
of my (our) information, knowledge, and belief.

Signed this _____day of_____,_____, 19____.

_____
_____
    (signature of plaintiff (s) )

3. Defendant, _Marc Carter_____ lives at, or its

business is located at _Post #16 Kentucky State Police_,
                        street address

_8415 Hwy 41_____,

_Henderson._____ _Henderson_____, _Ky_____,
city                 county                     state

_42420_.
zip code

(if more than one defendant, provide the same information for each defendant
  listed above):

_____

_____

_____

_____

_____

4. Statement of claim (State as briefly as possible the facts of your case.  Describe
   how each defendant is involved.  Include also the names of other persons involved,
   dates, and places.  Be as specific as possible.  You may use additional paper
   if necessary):

Marc Carter took over Heather's case after Det Jim Rascoe retired. Rascoe's last concerns were the eyewitness, Jim Walthall's credibility + the shoe size of Dill. There is a boot print that is still in the evidence room. He was/is also on 'duty' when KSP received (according to DNA) information (secret information) about Heather's murder from FEDEX. I want to know what this information is + why Carter should have no idea what (I) DNA say.

_____

_____

_____

5. **Prayers for Relief** (list what you want the Court to do):

a._____

_____ Matthew 10:26 _____.

b._____ Truth. _____

_____ Justice _____.

c.____ Heather home! _____

____ I want these people D'see' Heather as if she ____.

d.____ was one of their's _____

_____.

6. **Request for a Jury Trial**        ✓
                                  yes                           no

I (We) hereby certify under penalty that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this _____day of_____, 19____.

_____ Sarah Teague _____

_____

(signature of plaintiff (s) )

3. Defendant, ~~Robert Shoultz~~ lives at, or its

business is located at 8415 US Hwy 41A ,
                        street address

Henderson , Henderson , Ky ,
city              county              state

42420 .
zip code

(if more than one defendant, provide the same information for each defendant
 listed above):

_____

_____

_____

_____

_____

4. Statement of claim (State as briefly as possible the facts of your case.  Describe
   how each defendant is involved.  Include also the names of other persons involved,
   dates, and places.  Be as specific as possible.  You may use additional paper
   if necessary):

1983. US42C        malfeasance
Jon Fritz came to my home June 30, 09 telling
me Heather was alive & that she had been sold.
I waited before I told KSP because I had no trust.
Over a year passed that I told Shoultz. (He denied
in email I ever told him at all)
Robin Lewis: Boot print stee not checked
Statement from Jonathan Hollowell (bathing out
i an argument) Told Shoultz I had interview
& Hollowell on it — Stee hasn't asked for
information. Robin wore boots.

_____

_____

5.  Prayers for Relief (list what you want the Court to do):

a. _____ Matthew 10:26 _____
   _____ Truth _____.

b. _____ Justice _____
   _____.

c. _____ Heather home! _____
   _____
   _____.

d. _____
   _____.

6.  Request for a Jury Trial    ____✓____        _____
                                   yes                no

I (We) hereby certify under penalty that the above petition is true to the best
of my (our) information, knowledge, and belief.

Signed this _____ day of _____, 19____.

_____

_____
    (signature of plaintiff (s) )

3. Defendant, *Dr. Mark LeVaughn* lives at, or its business is located at _____,
   _____street address_____

   _____, _____, _____,
   city                        county                       state

   _____.
   zip code

   (if more than one defendant, provide the same information for each defendant
    listed above):

   _____
   _____
   _____
   _____
   _____

4. Statement of claim (State as briefly as possible the facts of your case. Describe
   how each defendant is involved. Include also the names of other persons involved,
   dates, and places. Be as specific as possible. You may use additional paper
   if necessary):

   Dr. LeVaughn signed the autopsy report / other
   reports concerning Marvin Marty Dul's death.
   He agreed to meet me to explain it, changed
   phone number, stopped taking my calls

   Just want to know the truth

5. Prayers for Relief (list what you want the Court to do):

   a._____Matthew 10:26_____
   _____.

   b._____As a witness to a death, I want
   _____the truth_____.

   c._____
   _____.

   d._____
   _____.

6. Request for a Jury Trial    __✓__            _____
                                 yes                 no

   I (We) hereby certify under penalty that the above petition is true to the best of my (our) information, knowledge, and belief.

   Signed this _____day of_____, 19____.

   _____Sarah League_____

   _____
   (signature of plaintiff (s) )

3. Defendant, _Scott, Thomas_ lives at, or its
business is located at_____,
                        street address

_____, _____, _____,
city                          county                        state

_____.
zip code

(if more than one defendant, provide the same information for each defendant
 listed above):

_____

_____

_____

_____

_____


4. Statement of claim (State as briefly as possible the facts of your case.  Describe
   how each defendant is involved.  Include also the names of other persons involved,
   dates, and places.  Be as specific as possible.  You may use additional paper
   if necessary):

_____As a witness only to evidence_____
_____found July '05 after JBJ gave it to____
___KSP Post #16 Henderson, Ky on Sept 2, 1995

_____

_____

_____

_____

_____

_____

_____

_____

_____

5.  Prayers for Relief (list what you want the Court to do):

a._____

_____.

b._____

_____.

c._____

_____.

d._____

_____.

6.  Request for a Jury Trial    ____✓____          _____
                                    yes                  no

I (We) hereby certify under penalty that the above petition is true to the best
of my (our) information, knowledge, and belief.

Signed this _____day of_____, 19____.

_____

_____
   (signature of plaintiff (s) )

3.  Defendant, _Greg Beard_____ lives at, or its

business is located at_____,

                           street address

_____, _____, _____,

city                         county                     state

_____.

zip code

(if more than one defendant, provide the same information for each defendant
 listed above):

_____

_____

_____

_____

_____

4.  Statement of claim (State as briefly as possible the facts of your case.  Describe
    how each defendant is involved.  Include also the names of other persons involved,
    dates, and places.  Be as specific as possible.  You may use additional paper
    if necessary):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

5.  Prayers for Relief (list what you want the Court to do):

a._____

_____.

b._____

_____.

c._____

_____.

d._____

_____.

6.  Request for a Jury Trial    _____✓_____          _____
                                    yes                      no

I (We) hereby certify under penalty that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this _____day of_____,_____, 19____.


_____

_____

_____
     (signature of plaintiff (s) )

3. Defendant, _Larry Owens_ _____ lives at, or its
   business is located at_____,
                  street address

   _____, _____, _____,
   city               county            state

   _____.
   zip code

   (if more than one defendant, provide the same information for each defendant
    listed above):

   _____
   _____
   _____
   _____
   _____

4. Statement of claim (State as briefly as possible the facts of your case.  Describe
   how each defendant is involved.  Include also the names of other persons involved,
   dates, and places.  Be as specific as possible.  You may use additional paper
   if necessary):

   That Larry Owens has information /
   pictures of old Chevette.  He can verify
   how KSP were not interested in this
   vehicle or any evidence of my daughter.

5. Prayers for Relief (list what you want the Court to do):

a._____ Matthew 10: 26 _____
  _____ Truth _____.

b._____
  _____.

c._____
  _____.

d._____
  _____.

6. Request for a Jury Trial    _____✓_____          _____
                                   yes                      no

I (We) hereby certify under penalty that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this _____day of_____._____, 19____.

_____

_____
    (signature of plaintiff (s) )



Gone for 17 years
August 26, 2012

Matthew 10:26

I am learning...
I will stand. I will fall.
I will feel embarrassed, happy, mad,
Scared...everything

I preach not to judge a long-haired
Hippie until you know him.
How can I denounce anger as 'bad'
Until I 'know' it?
I have to feel what it makes me feel.

Be consistent
Day by day
Clay to bone and flesh to clay
Live and learn and love and pray to
Understand the words I say.
Let me grow along the way, change
My mind and be O.K.

Though I may fall along the way
I will try to live a lesson everyday.
Though I have many roles to play
The decisions that I make today will
Decorate my yesterday...Someday!
Survive I will and someday say...
"It was I who chose my way."

Love, Heather

Dawn Dwyer
623 South Main St
Madisonville Ky 42431

Att: Patti Mau

Western District Court
423 Frederica Street
Suite 126
Owensboro, Ky
42301-3013

