# For Information ONLY

Case #: _____4:13cv-16M_____

Date Filed: _____3-6-13_____

Filer & Counsel: _____

Re: Document No., if applicable:

_____


**Detailed Description of Document(s) filed, but NOT SCANNED:**

_____CD - "Please Help us Find Heather"_____

_____

_____

_____

_____

_____

_____