Amended
Civil Action # 4:13CV-00016-R

3. Defendant, **Greg Baird** lives at, or its business is located at **90 KSP Frankfort Ky**
   street address
   **Columbia** , **Post # 15** , **Ky** ,
   city                county: Adair       state
   **42728**    (Retired KSP)   P.O. Box 160
   zip code                                 1118 Jamestown St.

   (if more than one defendant, provide the same information for each defendant listed above):

   _____

   **FILED**
   VANESSA L. ARMSTRONG, CLERK

   MAR 11 2013

   U.S. DISTRICT COURT
   WEST'N. DIST. KENTUCKY

4. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

   While at KSP Post # 16 Henderson Ky, acting as Captain, Mr. Baird told me about the Due property.
   I was asking for the KSP to please drag/drain the pond on the Due property and to search the property for my Heather. (since they were/are adamant Due killed Heather) Baird came to sit beside me, drew a picture of a pond, lifted his pencil into the air telling me that if Heather was in the pond she would've had to been dropped from the sky. (as he dropped his pencil for special effects) What does that mean?

Sandy Reagan
623 S Main St
Madisonville Ky 42431

U.S. District Court
Office of the Clerk
Room 106 Federal Bldg
423 Frederica St
Owensboro,
Ky 42301-3013

Justice FOREVER 2012